| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 23 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee and LUKE MAYVILLE,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>BRAD LITTLE, in his official capacity as Governor of Idaho and LAWERENCE DENNY, in his official capacity as Idaho Secretary of State,<br><br>　　　　Defendants - Appellants. | No. 20-35584<br><br>D.C. No. 1:20-cv-00268-BLW<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |

　　　　The judgment of this Court, entered September 01, 2020, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: Nixon Antonio Callejas Morales
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7