Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
daf@fergusondurham.com
chd@fergusondurham.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **RECLAIM IDAHO**, a political action committee, and **LUKE MAYVILLE**,<br><br>Plaintiffs,<br><br>v.<br><br>**BRAD LITTLE**, in his official capacity as the Governor of Idaho, and **LAWERENCE DENNEY**, in his official capacity as Idaho's Secretary of State,<br><br>Defendants. | Case No. 1:20-cv-00268-BLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs give notice that they

voluntarily dismiss this action without prejudice.

1

Respectfully submitted on this 27th day of November, 2020.

/s/ Deborah A. Ferguson

Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify on this 27th day of November, 2020, I filed the foregoing electronically

through the CM/ECF system, which caused the following parties or counsel to be served by

electronic means, as more fully reflected on the Notice of Electronic Filing


Robert A. Berry
Megan Ann Larrondo
robert.berry@ag.idaho.gov
megan.larrondo@ag.idaho.gov

Attorneys for Defendants

*/s/Deborah A. Ferguson*